E-filing

Clear Form

FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR EMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BABATUNDE M. WHITE )
                   )
         Plaintiff, )   CASE NO. C08-02016
                   )
    vs.            )   **APPLICATION TO PROCEED**
                   )   **IN FORMA PAUPERIS**
GREENWICH INVESTORS XXVI, LLC. et, al )   (Non-prisoner cases only)
Does 1-50 inclusive )
                   )
         Defendant. )

I, Babatunde M. White, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | 05/2007   Gross-$2600   1099 filing
3 |
4 |
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |        a.   Business, Profession or                    Yes ✓ No ___
8 |             self employment?
9 |        b.   Income from stocks, bonds,                 Yes ___ No ✓
10 |            or royalties?
11 |       c.   Rent payments?                             Yes ___ No ✓
12 |       d.   Pensions, annuities, or                    Yes ___ No ✓
13 |            life insurance payments?
14 |       e.   Federal or State welfare payments,         Yes ___ No ✓
15 |            Social Security or other govern-
16 |            ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | source was from National Realty Inc. for $2600.00 on a 1099
20 |
21 | 3.   Are you married?                                 Yes ✓ No ___
22 | Spouse's Full Name:   Lakita Long- White
23 | Spouse's Place of Employment:   STE Consultants 1644 Cipriani Pl. Brentwood CA 94513
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $ 2500.00                      Net $ same
26 | 4.   a.   List amount you contribute to your spouse's support:$ 0
27 |       b.   List the persons other than your spouse who are dependent upon you for support
28 |            and indicate how much you contribute toward their support.  (NOTE: For minor

-2-

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  KS right now 0.00
3  CW= right now 0.00
4  5.   Do you own or are you buying a home?         Yes ✓  No ___
5  Estimated Market Value: $ 599,000    Amount of Mortgage: $ 7,855.00
6  6.   Do you own an automobile?                    Yes ✓  No ___
7  Make mercedes         Year 2001         Model S600
8  Is it financed? Yes ___ No ✓  If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: B OF A
12 _____
13 Present balance(s): $ 0.00
14 Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___ No ✓
17 _____
18 8.   What are your monthly expenses?
19 Mortgage $ 5000         Utilities: $600.00
20 Food: $ 350.00          Clothing: $ 150.00
21 Charge Accounts:
22 Name of Account        Monthly Payment           Total Owed on This Account
23 N/A                    $ _____                 $ 0.00
24 N/A                    $ _____                 $ _____
25 N/A                    $ _____                 $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 Child Care / Children First= $ 650.00

- 3 -

1

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6

7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10

11    4/10/2008                    Babatunde M. White
12       DATE                        SIGNATURE OF APPLICANT