SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
M.700-U003S-A

Attorneys for Plaintiff
GREENWICH INVESTORS XXVI, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXVI, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BABATUNDE WHITE, and DOES 1-50, inclusive,<br><br>　　　　　Defendant(s). | Case No.: C 08-02016 EMC<br><br>**APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT**<br><br>Courtroom: C<br>Judge: Honorable Edward M. Chen |

　　　　Plaintiff GREENWICH INVESTORS XXVI, LLC desires to file a Motion to Remand Case to State Court.  Copies of the motion papers are filed herewith.  Plaintiff requests that the hearing be decided on five days notice.

　　　　This action is for unlawful detainer.  Defendant avoided service and, after finally being served, removed the action when a trial date was set.  As shown in the underlying motion, the removal was baseless and this court has no jurisdiction over this routine unlawful detainer action.  Defendant removed the action to delay trial so as to allow him to continue his payment-free occupancy of the subject property.  Trial was to take place on May 12, 2008.

1
APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

This court may shorten the time for hearing for good cause. FRCP 6(c)(1)(C). Good cause exists because a lengthy notice period would exacerbate the damages to Plaintiff already caused by the loss of its right to a summary proceeding as a result of removal, the underlying motion is simple and will not require much of the court's time, and Defendant will not be prejudiced if the notice period is shortened because the notice period for motions in unlawful detainer actions in state court is only five days.

> "Unlawful detainer is frequently described as a 'summary remedy' because California law recognizes that an owner of property must be able to recover possession **without delay**, by means of a relatively uncomplicated action. Thus, the time to plead and set the action for trial is shorter than in other civil actions, and the action has priority over other civil matters."

2 Moskovitz and Lenvin, *California Landord-Tenant Practice* (CEB, 2007) § 9.6. [Emphasis added]. Indeed, unlawful detainer cases must be tried no later than 20 days after one of the parties requests a trial date. Code of Civil Procedure § 1170.5(a). **The notice periods for motions are generally five days.** Even motions for summary judgment are heard on only five days notice. Code of Civil Procedure § 1170.7.

The underlying motion is not complicated and deciding it should not require much of the court's time. By removing this action, Defendant has already deprived Plaintiff of its right to trial without delay and should not be allowed to make matters worse (and encourage other unlawful detainer defendants to engage in sham removals just before trial) through a lengthy delay in deciding the underlying motion. Accordingly, Plaintiff requests that the underlying motion be heard on five days notice, which is no less time than allowed for motions in state court.

Dated: May 9, 2008          SCHEER LAW GROUP, LLP

/s/ Jonathan Seigel
168224

2
APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT

1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  AUSTIN D. GARNER #184022
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA 94903
5  Telephone: (415) 491-8900
   Facsimile: (415) 491-8910
6  M.700-U003S-A

7  Attorneys for Plaintiff
   GREENWICH INVESTORS XXVI, LLC
8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 | GREENWICH INVESTORS XXVI, LLC, | Case No.: C 08-02016 EMC |
|---|---|
14 | Plaintiff, | **ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT** |
15 | vs. | |
16 | BABATUNDE WHITE, and DOES 1-50, inclusive, | Courtroom: C  Judge: Honorable Edward M. Chen |
17 | | |
18 | Defendant(s). | |

19

20         GOOD CAUSE APPEARING, IT IS ORDERED that GREENWICH

21 INVESTORS XXVI, LLC may file its motion to remand case to state court, pursuant to the

22 within application, for a hearing to be held on _____, 2008, at _____ ____.m., in

23 Courtroom C, by mailing copies of all moving papers to Defendant by overnight mail no later

24 than close of business on May 9, 2008. Defendant BABATUNDE WHITE response papers must

25 be filed and served no later than May ____, 2008.

26

27 Date: _____                    _____

28                                          JUDGE OF THE UNITED STATES COURT
                    ORDER REMANDING CASE TO STATE COURT

1

1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  AUSTIN D. GARNER #184022
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA  94903
5  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
6  M.700-U003S-A

7  Attorneys for Plaintiff

8

9                    UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | GREENWICH INVESTORS XXVI, LLC,      | Case No.: C 08-02016 EMC
13 |            Plaintiff,               | **PROOF OF SERVICE BY OVERNIGHT MAIL**
14 |     vs.                             |
15 | BABATUNDE WHITE, and DOES 1-50, inclusive, |
16 |                                     |
17 |            Defendants.              |

18

19          I, SHANNON MYLES, declare that:

20          I am employed in the County of Marin, State of California.  I am over the age of
    18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite
21  100, San Rafael, California  94903.

22          On May 9, 2008, I served the within APPLICATION FOR ORDER
    SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION TO REMAND CASE TO
23  STATE COURT; [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON
    PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT on the interested parties in
24  this action by placing true and correct copies thereof enclosed in a sealed envelope to be
    delivered by California Overnight, addressed as follows:
25
    BABATUNDE WHITE
26  1644 CIPRIANI PLACE
    BRENTWOOD, CA 94513
27
    [ ]    (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the
28             United States mail at San Rafael, California.

                                  PROOF OF SERVICE - 1

1  [ ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

2  

3  

4  

5  [ ]   (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s).

6  

7  [ X ]  BY OVERNIGHT MAIL: by depositing in a box or other facility regularly maintained by CALIFORNIA OVERNIGHT, an express carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery provided for or paid.

8  

9  

10  [ X ]  Executed on May 9, 2008, at San Rafael, California.

11  [ X ]  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12  

13  [ X ]  (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

14  

                                        /s/ Shannon Myles

15  H:\CLIENT CASES\MARS V. WHITE\POS (5-9-08)

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

PROOF OF SERVICE - 2