UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREENWICH INVESTORS XXVI, LLC          Case No. C 08-02016 EMC

                Plaintiff(s),

v.

BABATUNDE WHITE, et al.

                Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 5/16/08

_____
Signature
Jonathan Seigel, Esq.
Counsel for: Greenwich Investors XXVI, LLC
(Name of party or indicate "pro se")

1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  AUSTIN D. GARNER #184022
   REILLY D. WILKINSON #250086
3  JONATHAN SEIGEL #168224
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA  94903
5  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
6  M.700-U003S-A

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | GREENWICH INVESTORS XXVI, LLC, | Case No.: C 08-02016 EMC |
|---|---|
| Plaintiff, | **PROOF OF SERVICE BY <u>MAIL</u>** |
| vs. | |
| BABATUNDE WHITE, and DOES 1-50, inclusive, | |
| Defendants. | |

         I, SHANNON MYLES, declare that:

         I am employed in the County of Marin, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 155 N. Redwood Drive, Suite 100, San Rafael, California  94903.

         On May 16, 2008, I served the within CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid, addressed as follows:

BABATUNDE WHITE
1644 CIPRIANI PLACE
BRENTWOOD, CA 94513

[ X ]   (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at San Rafael, California.

[   ]   (By Mail [State])  I am readily familiar with SCHEER LAW GROUP, LLP's practice for the collection and processing of correspondence for mailing with the United

PROOF OF SERVICE - 1

1   States Postal Service; it is deposited with the United States Postal Service on the
    same date in the ordinary course of business at the business address shown above;
2   I am aware that on motion of the party served, service is presumed invalid if the
    postal cancellation date or postage meter date is more than one day after the date
3   of deposit for mailing contained in this declaration.

4   [ ]   (By Personal Service)  I caused such envelope to be delivered by hand to the
              addressee(s).
5
    [ ]   BY OVERNIGHT MAIL: by depositing in a box or other facility regularly maintained by
6         CALIFORNIA OVERNIGHT, an express carrier, or delivering to a courier or driver
          authorized by said express service carrier to receive documents, a true copy of the
7         foregoing document in sealed envelopes or packages designated by the express service
          carrier, addressed as stated above, with fees for overnight delivery provided for or paid.
8

9   [ X ]  Executed on May 16, 2008, at San Rafael, California.

10  [ X ]  (State)  I declare under penalty of perjury under the laws of the State of California that
              the foregoing is true and correct.
11
    [ X ]  (Federal)  I declare that I am employed in the office of a member of the Bar at whose
12             direction this service was made.

13                              /s/ Shannon Myles

14  H:\CLIENT CASES\MARS V. WHITE\POS (5-16-08)

PROOF OF SERVICE - 2