UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Greenwich Investors XXVI, LLC,

Plaintiff(s),

v.

Babatunde M White

Defendant(s).

No. C C08-02016

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/12/04

Signature Babatunde M White

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")