BABATUNDE M. WHITE
PRO SE
1644 Cipriani Pl.
Brentwood, Ca. 94513
925-470-5757 (PH)
925-237-2129 (FAX)
thecreative100@yahoo.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXVI, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BABATUNDE M. WHITE<br><br>Defendant, | CASE NO: C 08-02016 EMC<br>**DECLARATION OF BABATUNDE WHITE IN SUPPORT OF OPPOSISTION TO MOTION TO REMAND CASE TO STATE COURT**<br>Hearing<br>Date:<br>Time:<br>Courtroom: C<br>Judge: Honorable Edward M. Chen |

I, Babatunde White, declare:

1. I am the Pro Se defendant in this action.

2. I have personal knowledge of the facts stated herein, am competent to testify thereto, and would so testify if called as a witness.

DECLARATION OF BABATUNDE WHITE IN SUPPORT

OF OPPOSITION TO REMAND CASE TO STATE COURT

-1

3. Attached hereto is Exhibit 1 is a copy of debt notice dated October 26, 2007 stating that Select Portfolio Servicing is collecting a debt on behalf of WMD Capital Markets, the investor who at that time had bought the mortgage loan from Freemont Investment & Loan evidencing a sale or assignment of loan.

4. Attached hereto as Exhibit 2 a notice dated December 26, 2007 from Select Portfolio Servicing stating that they are servicing this mortgage on behalf of Greenwich Investors XXVI, LLC, further evidencing that another sale or assignment of loan had taken place and further proves plaintiff is part of an illegal foreclosure scheme, and swindle that counsel for Greenwich Investors has now admitted as fact in its motion. Their basis is that Freemont Investment & Loan was in fact the foreclosing lender or beneficiary. If that indeed is true then Greenwich Investors have obtained an illegal deed and Freemont Investment & Loan had no legal standing to foreclose because they sold or transferred their rights to the loan 3-4 times, In effect making the foreclosure transaction fraudulent. Therefore Greenwich Investors XXVI, LLC, did not have the right to file an unlawful detainer to evict, or claim right of possession because the foreclosure action was in fact illegal from the start and the amended deed upon sale should be void, because this transaction is fraudulent.

5. An existing letter that was dated December 31, 2007 sent from an entity Mortgage Asset Recovery which defendant is unclear at this time if in fact this entity is an agent acting on behalf of Greenwich Investors will be exhibit 3 that further substantiates the claims and facts given that said loan was sold to Greenwich Investors LLC from Freemont Investment & Loan.

6. On January 21, 2007 an order for bankruptcy dismissal was entered, and January 28, 2008 bankruptcy case was closed. During this time frame, and after case had been closed there was no notice filed or given to defendant advising of a new foreclosure sale date, which violates the foreclosure laws in California in fact defendant received a phone call the day after the sale from a Mr. Jon Ericson an employee of Mortgage Asset Recovery notifying him

DECLARATION OF BABATUNDE WHITE IN SUPPORT

OF OPPOSITION TO REMAND CASE TO STATE COURT

- 2

such sale had taken place, and immediately pursued and harassed defendant to start moving out of the property.

7. In regards to plaintiff's other claims in its declaration that defendant failed to comply with a notice for possession, and defendant avoided service of summons, thereby necessitating plaintiff to obtain an order authorizing service by posting and mailing it is defendants position that those claims should be moot considering the gross negligence and fraud that was brought upon defendant, through the illegal foreclosure.

```
I declare under penalty of perjury under the laws of the State
of California that the forgoing is true and correct.
```

DATE: 05/12/2008

*[signature: Babatunde M. White]*
BABATUNDE M. WHITE
PRO SE
1644 Cipriani Pl.
Brentwood, Ca. 94513
925-470-5757 (PH)
925-237-2129 (FAX)
thecreative100@yahoo.com

DECLARATION OF BABATUNDE WHITE IN SUPPORT

OF OPPOSITION TO REMAND CASE TO STATE COURT

- 3

**SPS** SELECT Portfolio SERVICING, inc.

Babatunde White
1644 Cipriani Pl
Brentwood CA  94513-7228

October 26, 2007

RE: Loan Number 0011038981

## VALIDATION OF DEBT NOTICE

Dear Customer:

We recently sent you a letter advising you that the servicing of your mortgage loan was transferred to Select Portfolio Servicing, Inc. ("SPS") effective October 22, 2007.  As the servicer for your mortgage loan, SPS is collecting the debt on behalf of Wmd Capital Markets, the investor who currently owns your mortgage loan.  SPS is responsible for sending your monthly mortgage statements, accepting your monthly mortgage payments, collecting any amount due caused by your default under the terms of your Note and Mortgage and generally administering the terms of your mortgage loan.
As of October 26, 2007, our records show that you owe $ 796,474.86 on your mortgage which includes:

| | |
|---|---|
| Unpaid Principal Balance: | $   795,893.76 |
| Corporate Advances: | $       581.10 |

The amount shown does not include interest.  Because of interest, late charges, and other charges this amount may vary from day to day and the amount due on the day you pay may be greater.

Federal law gives you thirty days after you receive this letter, to dispute the validity of the debt, or any part of it.  If you don't dispute it within that period, we will assume that it is valid.  If you do dispute it, by notifying us in writing to that effect, we will, as required by law, obtain and mail to you, proof of the debt.  And if, within the same period, you request in writing, the name and address of your original creditor, if the original creditor is different from the current investor, we will furnish that information too.

Page 1 of 2

Exhibit 1

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 am or after 9 pm. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

If you have any questions regarding your mortgage loan, please contact us at (800) 258-8602 Monday through Friday between the hours of 7 a.m. and 9 p.m., Eastern Time. You may also write to us at the following address (please note that this is different from the address to which you should send your monthly payments):

>   Select Portfolio Servicing
>   Customer Service Department
>   10401 Deerwood Park Blvd.
>   Jacksonville, FL   32256

Sincerely,

Select Portfolio Servicing, Inc.


Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición  para contestar cualquier pregunta llamando al teléfono 1-800-831-0118 y marque la opción  2.


**THIS COMMUNICATION FROM A DEBT COLLECTOR IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

>   Minnesota - This collection agency is licensed by the
>        Minnesota Department of Commerce

>   New York City - Collection Agency License No. 0987252

~AQ004 003/CPI

**SPS** Select Portfolio SERVICING, inc.

December 26, 2007

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

RE: SPS Loan Number 0011038981
    BK Case Number 07-43607

Dear Customer:

Select Portfolio Servicing, Inc. (SPS) services this mortgage loan on behalf of Greenwich Investors Xxvi. We are aware of the Chapter 13 Bankruptcy petition filed on 10-29-07, which affects this mortgage loan.

This letter is sent to you, the pro se debtor (acting as your own attorney) and to the non-filing borrower or mortgagor because of their interest in the mortgage loan or real property securing the mortgage loan, if any, to advise of our intention to file for relief from the automatic stay. SPS intends to file for the relief from automatic stay no earlier than fifteen (15) days from the date of this letter.

If your records disagree with the information in this letter, please contact our Bankruptcy Department, toll free, at (866) 247-1722. Our hours of operation are Monday through Friday from 8 a.m. to 5 p.m. Mountain Time.

Sincerely,

Bankruptcy Department
Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, hágala traducir. Nuestros representantes bilingues están a su disposición para contester cualquier pregunta llamando al teléfono 1-800-831-0118 y marque la opción 2.

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.

Minnesota - This collection agency is licensed by the
Minnesota Department of Commerce
New York City  Collection Agency License No. 0987252

BK075 010/LK3                    Exhibit 2


MAR MORTGAGE ASSET RECOVERY

Babatunde White                                             December 31, 2007

Babatunde,

I have tried reaching you on your home and work phone and cell without success to discuss the pending foreclosure action on the property located at 1644 Cipriani Place Brentwood Ca.

Straight to the point. Your original Lender Fremont Investment and Loan sold your loan to Greenwich Investors XXVI LLC and WMD Capital. Your loan is being serviced by SPS out of Salt Lake City Utah. You are facing loss of your home as a result of foreclosure for non payment.

As you know your home is scheduled for Foreclosure Sale in the coming weeks. Your bankruptcy filing was dismissed 12/21/07. In an effort to avoid putting you through the public embarrassment and further damage to your credit caused by the completion of foreclosure proceedings I would like to offer you some options that may make the transition to your next residence a bit easier.

I would like request your cooperation in assigning the title to the home to the current lenders. In exchange for your swift cooperation, I can assist you with a relocation cost stipend and possibly other compensation.

If you can contact me, I can explain all your options in about 5 minutes. You will find me straight forward and helpful. My only goal is for you and your lenders to make the best of an unfortunate situation with the least. If I can not offer you a work out strategy that makes sense I will not contact you further.

Best Regards

Jon Erickson

925-899-4823

Exhibit 3

9000 CROW CANYON ROAD SUITE S-370, DANVILLE, CA 94506