POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Babatunde White | FILED |
| TELEPHONE NO.: 925-470-5757  FAX NO. (Optional): 925-237-2129 | 08 MAY 23 PM 12: 17 |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): | |
| STREET ADDRESS: 450 Golden Gate Avenue-16th Floor, SF, | |
| MAILING ADDRESS: 450 Golden Gate Avenue-16th Floor, SF, | |
| CITY AND ZIP CODE: SAN FRANCISCO, 94102 | |
| BRANCH NAME: UNITED STATES NORTHERN DISTRICT-SF | |

PETITIONER/PLAINTIFF: Greenwich Investors XXVI, LLC.
RESPONDENT/DEFENDANT: Babatunde White

**PROOF OF SERVICE—CIVIL**

CASE NUMBER: C08-02013BZ/C08-02016 EMC

JUDGE: E. Chen / B. Zimmerman
DEPT.:

**Check method of service** (only one):
- [ ] By Personal Service
- [✓] By Mail
- [ ] By Overnight Delivery
- [ ] By Messenger Service
- [ ] By Facsimile
- [ ] By E-Mail/Electronic Transmission

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is *(specify one):*
   a. [ ] Business:
   b. [✓] Residence:
   1475 Majestic Lane.
   Brentwood, CA. 94513

3. On *(date):*  I served the following **documents** *(specify):*
   05/21/2008

   [✓] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the **persons** below, as follows:
   a. Name of person served:
   b. Address of person served:
   c. Fax number or e-mail address of person served, if service was by fax or e-mail:
   d. Time of service, if personal service was used:

   [ ] The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify):*
   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [New January 1, 2005]

**PROOF OF SERVICE—CIVIL**
(Proof of Service)

Code of Civ. Proc., §§ 1011,
1013, 1013a, 2015.5
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

| CASE NAME: Greenwich Investors XXVI, LLC<br>Babatunde White | CASE NUMBER:<br>C08-02013BZ/C08-02016 EMC |
|---|---|

5 b. [✓] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one)*:

  (1) [✓] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*: Brentwood, CA

c. [ ] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. [ ] **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

David Stewart
(TYPE OR PRINT NAME OF DECLARANT)

▶ *(signature)*
(SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶
(NAME OF DECLARANT)     (SIGNATURE OF DECLARANT)

POS-040 [New January 1, 2005]

**PROOF OF SERVICE—CIVIL**
(Proof of Service)

POS-040(D)

| SHORT TITLE: Greenwich Investors & Babatunde White | CASE NUMBER: C08-02013/C08-02016 |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)
(This Attachment is for use with form POS-040)

**The documents that were served are as follows** *(describe each document specifically):*

Notice of Lawsuit and request for waiver of Summons- 2 Copies
Waiver of Services Of Summons- 2 Copies

Complaint for Damages Case # C08-02013BZ and all supporting Docs from State Court
Notice of Assignment of Case to a United States Magistrate Judge # C08-02013BZ
Order Setting Initial Case Management # C08-02013

Guidelines To Federal Rules & Filings, ECF Registration Handout, ADR Procedures
Application to Proceed in Forma Pauperis. For Case # C08-02013BZ

Declination To Proceed Before A Magistrate Judge Case# C08-02016 EMC
Memorandum Of Points And Authorities Opposing Plaintiff's Motion to Shorten Time and Remand to State Court. Case # C08-02016 EMC

Declaration In Support Of Opposition To Motion To Remand Case To State Court. Case # C08-02016 EMC

Form Approved for Optional Use
Judicial Council of California
POS-040(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (DOCUMENTS SERVED)**
(Proof of Service)

Page 2 of 3

American LegalNet, Inc.
www.USCourtForms.com