THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREENWICH INVESTORS XXVI,LLC,

        Plaintiff,

v.

BABATUNDE WHITE, and DOES 1-50, inclusive,

        Defendants.

Case No. 08-02016 SBA

**ORDER**

[Docket No. 5]

On March 21, 2008, plaintiff Greenwich Investors XXVI, LLC ("Greenwich Investors") filed a complaint for unlawful detainer in Contra Costa County Superior Court. On April 17, 2008, defendant Babatunde White ("White") removed the case to this court [Docket No. 1]. This action was initially assigned to Magistrate Judge Edward Chen, and upon declination to proceed before a magistrate, to Judge Susan Illston. On June 17, 2008, the case was related to a prior action and reassigned to this Court. On May 9, 2008, Greenwich Investors filed a motion to remand [Docket No. 4].

Currently before the Court is Greenwich Investors' application for an order shortening time for hearing on its motion to remand [Docket No. 5]. White has filed an opposition to the motion to shorten time [Docket No. 10].

Under Civil Local Rule 6-3 "[a]fter receiving a motion to enlarge or shorten time and any opposition, the Judge may grant, deny, modify the requested time change or schedule the matter for additional briefing or a hearing." Civil L.R. 6-3(d).

The Court GRANTS Greenwich Investors' application for an order shortening time for hearing on its motion to remand. Accordingly, it is ORDERED that:

1. Defendant White may file an opposition to Greenwich Investor's motion to remand [Docket No. 4] by **July 9, 2008** pursuant to Civil Local Rule 7-3(a);

2. Greenwich Investors may file a reply by **July 14, 2008** pursuant to Civil Local Rule 7-3(c); and

3. A hearing on the motion to remand is set for **July 22, 2008** at 10:00 a.m. in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California.

IT IS SO ORDERED.

Dated: 7/3/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GREENWICH INVESTORS XXVI, LLC et al,

        Plaintiff,

v.

WHITE et al,

        Defendant.

Case Number: CV08-02016 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Babatunde White
1644 Cipriani Place
Brentwood, CA 94513

Dated: July 7, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3