SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
AUSTIN D. GARNER #184022
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
M.700-U003S-A

Attorneys for Plaintiff
GREENWICH INVESTORS XXVI, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENWICH INVESTORS XXVI, LLC, | Case No.: C 08-02016 EMC |
| Plaintiff, | [Proposed] ORDER REMANDING CASE TO STATE COURT |
| vs. | Hearing: |
| BABATUNDE WHITE, and DOES 1-50, inclusive, | Date:<br>Time:<br>Courtroom: C |
| Defendant(s). | Judge: Honorable Edward M. Chen |

The Motion of Plaintiff GREENWICH INVESTORS XXVI, LLC for an Order remanding this cause to Superior Court of the State of California, County of Contra Costa, Pittsburg Division, was submitted for decision on  July 22 , 2008. This court has considered the papers submitted in connection with this Motion. It appears to the court that it has no subject matter over the action in that the complaint does not present a claim or right arising under the Constitution, treaties or laws of the United States. The claim is grounded solely on the laws of the State of California. Therefore,

ORDER REMANDING CASE TO STATE COURT

1

1  IT IS ORDERED that Plaintiff's Motion is hereby GRANTED and this case is
2  REMANDED to the Superior Court of the State of California, County of Contra Costa, Pittsburg
3  Division.  The Clerk of this court is directed to prepare a certified copy of this Order and mail it
4  to the Clerk of the Superior Court of the State of California, County of Contra Costa.
5  Dated: 7/22/08

_____
JUDGE OF THE UNITED STATES COURT

ORDER REMANDING CASE TO STATE COURT

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION IN SUPPORT OF ENTRY OF DEFAULT

1