**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**

Date:7/22/08

C-08-02016 SBA                    JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

Title: GREENWICH INVESTORS XXVI, LLC vs. WHITE

Atty.: <u>JOHNATHAN SIEGAL</u>          <u>PRO SE</u>

_____    _____

Deputy Clerk: Lisa R. Clark          Court Reporter: <u>STARR WILSON</u>
**PROCEEDINGS**
Plt   DFT
**(X)  ( ) 1.** <u>MOTION TO REMAND</u>
**( )  (X) 2.** <u>IFP</u>
**( )  ( ) 3.**_____
**( )  ( ) 4.**_____
**( ) Motion(s)   (1) Granted      ( 2 ) Denied        ( ) Off Calendar**
              **( ) Granted/Part  ( ) Denied/Part  ( ) Submitted**
**( X ) Order to be prepared by  ( 1 ) Plaintiff  ( )Deft  ( 2 ) Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: <u>COURT GRANTS MOTION TO REMAND AND DENIES IFP AS MOOT</u>
_____
_____
_____cc: