**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                                  510.637.3530

July 23, 2008

Superior Court of CA, County of Contra Costa (Pittsburg)
45 Civic Avenue
Pittsburg, CA 94565

RE:  CV 08-02016 SBA    Greenwich Investors XXVI, LLC-v-White
       Your Case Number: (PS 08-0548)

Dear Clerk,

       Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

       (X)    Certified copies of docket entries

       (X)    Certified copies of Remand Order

       (X)    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

       Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                       Sincerely,

                                                       RICHARD W. WIEKING, Clerk

                                                       by *[signature]*
                                                       Jessie Mosley
                                                       Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

July 23, 2008

Instructions for Retrieving Northern District of California Electronic Case Files

Login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**  to access relevant case information.

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg