UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

General Court Number
510.637.3530

July 23, 2008

Superior Court of CA, County of Contra Costa (Pittsburg)
45 Civic Avenue
Pittsburg, CA 94565

RE: <u>CV 08-02016 SBA   Greenwich Investors XXVI, LLC-v-White</u>
       Your Case Number: <u>(PS 08-0548)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

(X)   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by *[signature]*
Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record

7/24/08   The above entitled documents
          were at Pittsburg Superior Court.
          *[signature]*

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg